IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Joshua L. Sutherland**<br>**Sarah M. Sutherland**<br><br>Debtor<br><br>**Joshua L. Sutherland**<br>**Sarah M. Sutherland**<br><br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **19-22799**<br><br>Chapter **13**<br><br>Related to Document No. |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I,  **Matthew M. Herron 88927**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of the Debtors' complete bankruptcy schedules.

By: **/s/ Matthew M. Herron**
Signature
**Matthew M. Herron 88927**
Typed Name
**607 College Street, Suite 101**
**Pittsburgh, PA 15232**
Address
**412-395-6001 Fax:412-391-2808**
Phone No.
**88927 PA**
List Bar I.D. and State of Admission

```
Advanced Dermatology & Cosmetic Surgery
PO Box 864046
Orlando, FL 32886-4046

Americredit/GM Financial
PO Box 181145
Arlington, TX 76096

Capital One
P.O. Box 30281
Salt Lake City, UT 84130-0281

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

CB/Jared
PO Box 182789
Columbus, OH 43218

CBCS
PO Box 2724
Columbus, OH 43216-2724

Cenlar
PO Box 77404
Ewing, NJ 08628

Colleen Daniels
Aegis Realty Partners, Inc.
1301 Grandview Ave.
Trimont Plaza, Suite 1136
Pittsburgh, PA 15211

Commercial Acceptance Co.
2300 Gettysburg Road
Suite 102
Camp Hill, PA 17011

Dept of Ed / NELNET
3015 Parker Road
Suite 400
Aurora, CO 80014

Discover
PO Box 3008
New Albany, OH 43054-3008

Discover Financial Services
PO Box 15316
Wilmington, DE 19850

Ford Motor Credit
P.O. Box 54200
Omaha, NE 68154
```

```
Jefferson Cardiology
1633 Route 51, Suite 103
Clairton, PA 15025-3666

Jefferson Hills School District & Boroug
Josephine Lipnicky, Tax Collector
PO Box 826
Clairton, PA 15025

MedFinancial
1 1st Tennessee Bank
Dept. #888183
Knoxville, TN 37995-8183

Nissan Infiniti LT
PO Box 660366
Dallas, TX 75266-0366

Simm Associates, Inc.
800 Pencader Drive
Newark, DE 19702

State Collection Service
2509 S. Stoughton Road
Madison, WI 53716

Syncb/Mc
PO Box 965005
Orlando, FL 32896

SynchronyMC/SYNCB
PO Box 530939
Atlanta, GA 30353-0939

UPMC
2 Hot Metal Street
Dist. Room 386
Pittsburgh, PA 15203

US Department of Education
PO Box 740283
Atlanta, GA 30374-0283
```