| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Joshua L. Sutherland**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–4764<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Sarah M. Sutherland**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–2910<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter  13  7/15/19 |
| Case number:  **19–22799–CMB** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Joshua L. Sutherland | Sarah M. Sutherland |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 412 Labrador Lane<br>Clairton, PA 15025 | 412 Labrador Lane<br>Clairton, PA 15025 |
| 4. | **Debtor's attorney**<br>Name and address | Matthew M. Herron<br>The Debt Doctors, LLC<br>607 College Street<br>Suite 101<br>Pittsburgh, PA 15232 | Contact phone 412–395–6001<br><br>Email: mmh@thedebtdoctors.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 8/9/19 |

**For more information, see page 2**

Debtor  **Joshua L. Sutherland**  and  **Sarah M. Sutherland**                                               Case number **19−22799−CMB**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 16, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/15/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/23/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 1/13/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**9/16/19** at **10:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-22799-CMB
Joshua L. Sutherland                                                    Chapter 13
Sarah M. Sutherland
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 2          Date Rcvd: Aug 09, 2019
                              Form ID: 309I           Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
db           +Joshua L. Sutherland,    412 Labrador Lane,    Clairton, PA 15025-5243
jdb          +Sarah M. Sutherland,    412 Labrador Lane,    Clairton, PA 15025-5243
aty          +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
aty          +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1945
tr           +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15087154      Advanced Dermatology & Cosmetic Surgery,    PO Box 864046,    Orlando, FL 32886-4046
15087156     +Borough of Jefferson Hills,    Josephine Lipnicky, Tax Collector,    PO Box 826,
               Clairton, PA 15025-0826
15087159     +CB/Jared,    PO Box 182789,    Columbus, OH 43218-2789
15087160      CBCS,    PO Box 2724,    Columbus, OH 43216-2724
15087161     +Cenlar,    PO Box 77404,    Ewing, NJ 08628-6404
15101312     +Colleen Daniels,    Aegis Realty Partners, Inc.,    1301 Grandview Ave.,
               Trimont Plaza, Suite 1136,    Pittsburgh, PA 15211-4204
15087162     +Commercial Acceptance Co,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
15087167     +Jefferson Cardiology,    1633 Route 51, Suite 103,    Clairton, PA 15025-3652
15087168     +Jefferson Hills School District,    Josephine Lipnicky, Tax Collector,    PO Box 826,
               Clairton, PA 15025-0826
15101319     +Jefferson Hills School District & Boroug,    Josephine Lipnicky, Tax Collector,    PO Box 826,
               Clairton, PA 15025-0826
15087169      MedFinancial,    1 1st Tennessee Bank,    Dept. #888183,    Knoxville, TN 37995-8183
15091542      Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
15087170      Nissan-Infiniti LT,    PO Box 660366,    Dallas, TX 75266-0366
15087172     +State Collection Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
15087174      SynchronyMC/SYNCB,    PO Box 530939,    Atlanta, GA 30353-0939
15087176      US Department of Education,    PO Box 740283,    Atlanta, GA 30374-0283

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: mmh@thedebtdoctors.com Aug 10 2019 03:03:56      Matthew M. Herron,
               The Debt Doctors, LLC,    607 College Street,    Suite 101,    Pittsburgh, PA  15232
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2019 03:05:39      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
ust          +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Aug 10 2019 03:05:53
               Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
               Pittsburgh, PA 15222-3721
cr           +E-mail/Text: kburkley@bernsteinlaw.com Aug 10 2019 03:06:21      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
cr           +EDI: PRA.COM Aug 10 2019 06:48:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
15087155     +EDI: PHINAMERI.COM Aug 10 2019 06:48:00      Americredit/GM Financial,    PO Box 181145,
               Arlington, TX 76096-1145
15087157      EDI: CAPITALONE.COM Aug 10 2019 06:48:00      Capital One,    P.O. Box 30281,
               Salt Lake City, UT 84130-0281
15087158      EDI: CAPITALONE.COM Aug 10 2019 06:48:00      Capital One,    P.O. Box 71083,
               Charlotte, NC 28272-1083
15099580      EDI: CAPITALONE.COM Aug 10 2019 06:48:00      Capital One Bank (USA), N.A.,
               by American InfoSource as agent,    PO Box 71083,    Charlotte, NC  28272-1083
15087164      EDI: DISCOVER.COM Aug 10 2019 06:48:00      Discover,    PO Box 3008,    New Albany, OH 43054-3008
15087165      EDI: DISCOVER.COM Aug 10 2019 06:48:00      Discover Financial Services,    PO Box 15316,
               Wilmington, DE 19850
15087163     +E-mail/Text: electronicbkydocs@nelnet.net Aug 10 2019 03:06:00      Dept of Ed / NELNET,
               3015 Parker Road,    Suite 400,    Aurora, CO 80014-2904
15094144      EDI: DISCOVER.COM Aug 10 2019 06:48:00      Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
15087166     +EDI: FORD.COM Aug 10 2019 06:48:00      Ford Motor Credit,    P.O. Box 542000,
               Omaha, NE 68154-8000
15101317     +EDI: FORD.COM Aug 10 2019 06:48:00      Ford Motor Credit,    P.O. Box 54200,
               Omaha, NE 68154-8000
15087171     +E-mail/PDF: clerical@simmassociates.com Aug 10 2019 03:02:09      Simm Associates, Inc.,
               800 Pencader Drive,    Newark, DE 19702-3354
15087173     +EDI: RMSC.COM Aug 10 2019 06:48:00      Syncb/Mc,    PO Box 965005,    Orlando, FL 32896-5005
15088314     +EDI: RMSC.COM Aug 10 2019 06:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
15087175     +E-mail/Text: BankruptcyNotice@upmc.edu Aug 10 2019 03:06:19      UPMC,    2 Hot Metal Street,
               Dist. Room 386,    Pittsburgh, PA 15203-2348
15097729     +E-mail/Text: electronicbkydocs@nelnet.net Aug 10 2019 03:06:00
               US Department of Education c/o Nelnet,,    121 South 13th Street, Suite 201,,
               Lincoln, NE 68508-1911
                                                                                              TOTAL: 20

```
District/off: 0315-2           User: culy                  Page 2 of 2                  Date Rcvd: Aug 09, 2019
                               Form ID: 309I               Total Noticed: 41


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Pingora Loan Servicing, LLC
15101305*        Advanced Dermatology & Cosmetic Surgery,    PO Box 864046,    Orlando, FL 32886-4046
15101306*       +Americredit/GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
15101309*       +CB/Jared,    PO Box 182789,    Columbus, OH 43218-2789
15101310*        CBCS,    PO Box 2724,    Columbus, OH 43216-2724
15101307*        Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
15101308*        Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
15101311*       +Cenlar,    PO Box 77404,    Ewing, NJ 08628-6404
15101313*       +Commercial Acceptance Co.,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
15101315*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                 (address filed with court:   Discover,    PO Box 3008,    New Albany, OH 43054-3008)
15101316*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                 (address filed with court:   Discover Financial Services,    PO Box 15316,    Wilmington, DE 19850)
15101314*       +Dept of Ed / NELNET,    3015 Parker Road,    Suite 400,    Aurora, CO 80014-2904
15101318*       +Jefferson Cardiology,    1633 Route 51, Suite 103,    Clairton, PA 15025-3652
15101320*        MedFinancial,    1 1st Tennessee Bank,    Dept. #888183,    Knoxville, TN 37995-8183
15101321*        Nissan Infiniti LT,    PO Box 660366,    Dallas, TX 75266-0366
15101322*       +Simm Associates, Inc.,    800 Pencader Drive,    Newark, DE 19702-3354
15101323*       +State Collection Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
15101324*       +Syncb/Mc,    PO Box 965005,    Orlando, FL 32896-5005
15101325*        SynchronyMC/SYNCB,    PO Box 530939,    Atlanta, GA 30353-0939
15101326*       +UPMC,    2 Hot Metal Street,    Dist. Room 386,    Pittsburgh, PA 15203-2348
15101327*        US Department of Education,    PO Box 740283,    Atlanta, GA 30374-0283
                                                                                               TOTALS: 1, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Matthew M. Herron    on behalf of Joint Debtor Sarah M. Sutherland mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron    on behalf of Debtor Joshua L. Sutherland mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```