Form RSC2 (Reschedule Conciliation/COD)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Joshua L. Sutherland**
**Sarah M. Sutherland**
   Debtor(s)

Bankruptcy Case No.: 19–22799–CMB
Chapter: 13

## ORDER

    The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Carlota M. Böhm, Judge
United States Bankruptcy Court

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 19-22799-CMB
Joshua L. Sutherland                                                    Chapter 13
Sarah M. Sutherland
         Debtors                      CERTIFICATE OF NOTICE
District/off: 0315-2           User: llea                   Page 1 of 2                  Date Rcvd: Mar 20, 2020
                               Form ID: RSCcon              Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db/jdb         +Joshua L. Sutherland,    Sarah M. Sutherland,    412 Labrador Lane,    Clairton, PA 15025-5243
15118157       +ACAR Leasing LTD d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
15087154        Advanced Dermatology & Cosmetic Surgery,    PO Box 864046,    Orlando, FL 32886-4046
15087156       +Borough of Jefferson Hills,    Josephine Lipnicky, Tax Collector,    PO Box 826,
                 Clairton, PA 15025-0826
15087159       +CB/Jared,    PO Box 182789,    Columbus, OH 43218-2789
15087160        CBCS,    PO Box 2724,    Columbus, OH 43216-2724
15087161       +Cenlar,    PO Box 77404,    Ewing, NJ 08628-6404
15101312       +Colleen Daniels,    Aegis Realty Partners, Inc.,    1301 Grandview Ave.,
                 Trimont Plaza, Suite 1136,    Pittsburgh, PA 15211-4204
15087162       +Commercial Acceptance Co,    2300 Gettysburg Road,    Suite 102,   Camp Hill, PA 17011-7303
15103003      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,    PO Box 62180,
                 Colorado Springs, CO 80962-2180)
15087166       +Ford Motor Credit,    P.O. Box 542000,    Omaha, NE 68154-8000
15101317       +Ford Motor Credit,    P.O. Box 54200,    Omaha, NE 68154-8000
15087167       +Jefferson Cardiology,    1633 Route 51, Suite 103,    Clairton, PA 15025-3652
15087168       +Jefferson Hills School District,    Josephine Lipnicky, Tax Collector,    PO Box 826,
                 Clairton, PA 15025-0826
15101319       +Jefferson Hills School District & Boroug,   Josephine Lipnicky, Tax Collector,    PO Box 826,
                 Clairton, PA 15025-0826
15087169        MedFinancial,    1 1st Tennessee Bank,    Dept. #888183,   Knoxville, TN 37995-8183
15091542        Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
15087170        Nissan-Infiniti LT,    PO Box 660366,    Dallas, TX 75266-0366
15127209       +Pingora Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
15087172       +State Collection Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
15087174        SynchronyMC/SYNCB,    PO Box 530939,    Atlanta, GA 30353-0939
15128624       +True-Global Ownership, TRUE PIT2017-1 LLC,    c/o Aegis Realty Partners, Inc.,
                 1301 Grandview Avenue,    Pittsburgh, PA 15211-4203
15123503        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15123509        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
15087176        US Department of Education,    PO Box 740283,    Atlanta, GA 30374-0283

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: kburkley@bernsteinlaw.com Mar 21 2020 04:26:09     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:20:00
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15087155       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 21 2020 04:23:17
                 Americredit/GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
15087157        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2020 04:17:19     Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
15087158        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2020 04:17:19     Capital One,
                 P.O. Box 71083,    Charlotte, NC 28272-1083
15099580        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2020 04:19:36
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
15087164        E-mail/Text: mrdiscen@discover.com Mar 21 2020 04:22:56     Discover,    PO Box 3008,
                 New Albany, OH 43054-3008
15087165        E-mail/Text: mrdiscen@discover.com Mar 21 2020 04:22:56     Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
15087163       +E-mail/Text: electronicbkydocs@nelnet.net Mar 21 2020 04:24:48     Dept of Ed / NELNET,
                 3015 Parker Road,    Suite 400,    Aurora, CO 80014-2904
15094144        E-mail/Text: mrdiscen@discover.com Mar 21 2020 04:22:56     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
15087171       +E-mail/PDF: clerical@simmassociates.com Mar 21 2020 04:19:37     Simm Associates, Inc.,
                 800 Pencader Drive,    Newark, DE 19702-3354
15087173       +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:17:09     Syncb/Mc,    PO Box 965005,
                 Orlando, FL 32896-5005
15088314       +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:19:14     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15124382       +E-mail/PDF: gecsedi@recoverycorp.com Mar 21 2020 04:18:02     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
15087175       +E-mail/Text: BankruptcyNotice@upmc.edu Mar 21 2020 04:25:47     UPMC,    2 Hot Metal Street,
                 Dist. Room 386,    Pittsburgh, PA 15203-2348
15097729       +E-mail/Text: electronicbkydocs@nelnet.net Mar 21 2020 04:24:48
                 US Department of Education c/o Nelnet,,    121 South 13th Street, Suite 201,,
                 Lincoln, NE 68508-1911
15122868        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2020 04:20:17     Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
                                                                                               TOTAL: 17
```

```
District/off: 0315-2          User: llea                Page 2 of 2              Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon          Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Pingora Loan Servicing, LLC
15101305*       Advanced Dermatology & Cosmetic Surgery,    PO Box 864046,    Orlando, FL 32886-4046
15101306*      +Americredit/GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
15101309*      +CB/Jared,    PO Box 182789,    Columbus, OH 43218-2789
15101310*       CBCS,    PO Box 2724,    Columbus, OH 43216-2724
15101307*       Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
15101308*       Capital One,    P.O. Box 71083,    Charlotte, NC 28272-1083
15101311*      +Cenlar,    PO Box 77404,    Ewing, NJ 08628-6404
15101313*      +Commercial Acceptance Co.,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
15101315*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                (address filed with court: Discover,     PO Box 3008,    New Albany, OH 43054-3008)
15101316*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                (address filed with court: Discover Financial Services,     PO Box 15316,    Wilmington, DE 19850)
15101314*      +Dept of Ed / NELNET,    3015 Parker Road,    Suite 400,    Aurora, CO 80014-2904
15101318*      +Jefferson Cardiology,    1633 Route 51, Suite 103,    Clairton, PA 15025-3652
15101320*       MedFinancial,    1 1st Tennessee Bank,    Dept. #888183,    Knoxville, TN 37995-8183
15101321*       Nissan Infiniti LT,    PO Box 660366,    Dallas, TX 75266-0366
15101322*      +Simm Associates, Inc.,    800 Pencader Drive,    Newark, DE 19702-3354
15101323*      +State Collection Service,    2509 S. Stoughton Road,    Madison, WI 53716-3314
15101324*      +Syncb/Mc,    PO Box 965005,    Orlando, FL 32896-5005
15101325*       SynchronyMC/SYNCB,    PO Box 530939,    Atlanta, GA 30353-0939
15101326*      +UPMC,    2 Hot Metal Street,    Dist. Room 386,    Pittsburgh, PA 15203-2348
15101327*       US Department of Education,    PO Box 740283,    Atlanta, GA 30374-0283
                                                                                           TOTALS: 1, * 20, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Matthew M. Herron    on behalf of Joint Debtor Sarah M. Sutherland mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Matthew M. Herron    on behalf of Debtor Joshua L. Sutherland mmh@thedebtdoctors.com,
           hgs@thedebtdoctors.com;alb@thedebtdoctors.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                TOTAL: 6
```