# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED
6/22/20 3:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JOSHUA L. & SARAH M. SUTHERLAND |
| **Case Number:** | 19-22799-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 11, 2020 03:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#19 Chapter 13 Plan Dated 08/08/2019 (NFC)
**R / M #:**  19 / 0

### *Appearances:*

Debtor:  *Buchanan*

Trustee:  Winnecour / Pail / Katz / DeSimone

Creditor:

*Can it for*
*Status of life*
*insurance claim.*
*Affects feasibility.*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __8/13/20__ at __1:30 pm__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/2/2020   12:47:37PM