WWR# 040634653

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| JOSHUA L. SUTHERLAND, ) | |
| SARAH M. SUTHERLAND, ) | Bankruptcy No. 19-22799-CMB |
| ) | |
| Debtors, ) | |
| ) | Chapter 13 |
| HTD LEASING, LLC, ) | |
| D/B/A FORD MOTOR CREDIT COMPANY, LLC, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| JOSHUA L. SUTHERLAND, Debtor, ) | |
| SARAH M. SUTHERLAND, Debtor, ) | |
| RONDA J. WINNECOUR, Trustee, ) | |
| Respondents. ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING MOTION OF HTD LEASING, LLC, D/B/A FORD MOTOR CREDIT COMPANY, LLC FOR RELIEF FROM AUTOMATIC STAY (TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020)**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than 7/24/2020, (i.e. seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **telephonic** hearing will be held on 8/5/2020 at 10:00 a.m. before Chief Judge Carlota M. Böhm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear telephonically and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of service: 7/7/2020         /s/Garry Masterson
                                  Garry Masterson, Bar No. CA297208
                                  Weltman, Weinberg & Reis Co., L.P.A.
                                  Attorney for Movant
                                  965 Keynote Circle
                                  Brooklyn Heights, OH 44131
                                  216-672-6984
                                  gmasterson@weltman.com