WWR# 040634653

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| JOSHUA L. SUTHERLAND, | ) | |
| SARAH M. SUTHERLAND, | ) | Bankruptcy No. 19-22799-CMB |
| | ) | |
| Debtors, | ) | |
| | ) | Chapter 13 |
| HTD LEASING, LLC, | ) | |
| D/B/A FORD MOTOR CREDIT COMPANY, LLC, | ) | Related to Doc. No.: 41, 42 |
| | ) | |
| Movant, | ) | Hearing Date & Time: 8/5/2020 at 10:00 a.m. |
| | ) | |
| v. | ) | Responses Due: 7/24/2020 |
| | ) | |
| JOSHUA L. SUTHERLAND, Debtor, | ) | |
| SARAH M. SUTHERLAND, Debtor, | ) | |
| RONDA J. WINNECOUR, Trustee, | ) | |
| Respondents. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on 7/7/2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than 7/24/2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

DATED: 7/27/2020

/s/ Garry Masterson
Garry Masterson, Bar No. CA297208
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-672-6984
gmasterson@weltman.com