WWR# 040634653

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOSHUA L. SUTHERLAND,<br>SARAH M. SUTHERLAND,<br><br>Debtors,<br><br>HTD LEASING, LLC,<br>D/B/A FORD MOTOR CREDIT COMPANY, LLC,<br><br>Movant,<br><br>v.<br><br>JOSHUA L. SUTHERLAND, Debtor,<br>SARAH M. SUTHERLAND, Debtor,<br>RONDA J. WINNECOUR, Trustee,<br>Respondents. | Bankruptcy No. 19-22799-CMB<br><br>Chapter 13<br><br>Related to: Document No. 41<br><br>**ENTERED BY DEFAULT** |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This cause came on for hearing this __28th__ day of __July__, 2020, in said District, upon the Motion of HTD Leasing, LLC, d/b/a Ford Motor Credit Company, LLC for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that HTD Leasing, LLC, d/b/a Ford Motor Credit Company, LLC, Movant herein, is a creditor of the estate by virtue of a certain Lease with the Debtors, for a 2018 Ford Escape, VIN: 1FM5K8D85JGA02796; that the Movant has not been adequately protected; that the Lease has been rejected by operation of law; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein; and

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that HTD Leasing, LLC, d/b/a Ford Motor Credit Company, LLC be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate the Leased property referenced herein.

_____
Honorable Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

Garry Masterson
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-672-6984
gmasterson@weltman.com

FILED
7/28/20 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 19-22799-CMB
Joshua L. Sutherland                                                           Chapter 13
Sarah M. Sutherland
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr             Page 1 of 1              Date Rcvd: Jul 28, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.
db/jdb         +Joshua L. Sutherland,   Sarah M. Sutherland,   412 Labrador Lane,   Clairton, PA 15025-5243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:
              Garry Alan Masterson    on behalf of Creditor    HTD Leasing, LLC, d/b/a Ford Motor Credit Company,
               LLC pitecf@weltman.com
              James Warmbrodt     on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Matthew M. Herron     on behalf of Joint Debtor Sarah M. Sutherland mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Matthew M. Herron     on behalf of Debtor Joshua L. Sutherland mmh@thedebtdoctors.com,
               hgs@thedebtdoctors.com;alb@thedebtdoctors.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7