IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Joshua L. Sutherland and | ) | Case No.: 19-22799-CMB |
| Sarah M. Sutherland, | ) | Chapter 13 |
|    Debtors. | ) | |
| | ) | Document No.: 47 |
| Sarah M. Sutherland, | ) | |
|    Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Esq., Trustee, | ) | |
|    Respondent. | ) | |

## ORDER

AND NOW, this __12th__ day of __August__, 2020, upon consideration of the foregoing Motion to Excuse Debtor from Personal Financial Management Course, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED. Debtor, Joshua L. Sutherland, is excused from taking the Personal Financial Management Course.

FILED
8/12/20 11:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joshua L. Sutherland  
Sarah M. Sutherland  
    Debtors

Case No. 19-22799-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Aug 12, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2020.  
db/jdb        +Joshua L. Sutherland,    Sarah M. Sutherland,    412 Labrador Lane,    Clairton, PA 15025-5243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2020 at the address(es) listed below:

       Garry Alan Masterson    on behalf of Creditor    HTD Leasing, LLC, d/b/a Ford Motor Credit Company, LLC pitecf@weltman.com  
       James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com  
       Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
       Matthew M. Herron    on behalf of Joint Debtor Sarah M. Sutherland mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
       Matthew M. Herron    on behalf of Debtor Joshua L. Sutherland mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                    TOTAL: 7