# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

- **Debtor:** JOSHUA L. & SARAH M. SUTHERLAND
- **Case Number:** 19-22799-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 13, 2020  01:30 PM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

## *Matter:*

#19 - Continued Confirmation of Plan Dated 8/8/19 NFC
R / M #:  19 / 0

FILED
8/17/20 2:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Appearances:*

Buchanan

- Debtor:
- Trustee: Winnecour / Pail / Katz / **DeSimone**
- Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __10-8-20__ at __2:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

Cont. for possible claim objections and for lump sum of life insurance

8/5/2020    1:05:15PM