Certificate Number: 17572-PAW-DE-034791129

Bankruptcy Case Number: 19-22799



17572-PAW-DE-034791129

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2020, at 11:37 o'clock AM PDT, Sarah M Sutherland completed a course on personal financial management given by telephone by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 19, 2020            By:    /s/Leigh-Anna M Thompson

                                   Name:  Leigh-Anna M Thompson

                                   Title: Counselor