# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### _Conciliation Conference:_

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | JOSHUA L. & SARAH M. SUTHERLAND | | |
| **Case Number:** | 19-22799-CMB | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 08, 2020 02:00 PM  3251 US STEEL | | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

FILED
10/9/20 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### _Matter:_

#19 - Chapter 13 Plan Dated 08/08/2019 (N)
R / M #:  19 / 0

### _Appearances:_

Buchanan

Debtor:
Trustee:  Winnecour /  Pail /  Katz  (DeSimone)

Creditor:

### _Proceedings:_

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ___✓___ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to _11-19-20_ at _10:30_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____
Objections are due on or before _____ .
A hearing on the Amended Plan is set  for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. ___✓___ Other:

Debtor husband has died. Counsel needs to confer w/ wife to determine
lump sum payment vs monthly.

10/2/2020  10:17:48AM