# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** JOSHUA L. & SARAH M. SUTHERLAND
**Case Number:** 19-22799-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, NOVEMBER 19, 2020 10:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
11/20/20 2:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#19 Chapter 13 Plan Dated 08/08/2019 (N)
R / M #:  19 / 0

### Appearances:

Buchanan

**Debtor:**
**Trustee:** Winnecour / Pail / Katz / DeSimone    Wormbrodt

**Creditor:**

### Proceedings:

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. __✓__ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __12/17/20__ at __2:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Debtor will send in lump sum from ins. proceeds to pay off plan.