## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Earl S. Callender,
       Debtor.

The Debt Doctors, LLC,
       Movant,
  vs.

No Respondent.

Bankruptcy No.: 16-22098-CMB
Chapter 13

Document No.:

Response Deadline: December 7, 2020
Hearing Date & Time: January 6, 2021 at 1:30 PM

## CERTIFICATE OF NO OBJECTION TO THE
## SECOND APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Second Application for Compensation has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Second Application for Compensation appears thereon. Pursuant to the Notice of Hearing, responses to the Second Application for Compensation were to be filed and served no later than December 7, 2020.

It is hereby respectfully requested that the Order attached to the Second Application for Compensation be entered by the Court.

Date: December 8, 2020

       __/s/ Matthew M. Herron_____
       Matthew M. Herron, Esquire
       PA ID No. 88927
       The Debt Doctors, LLC
       607 College Street, Suite 101
       Pittsburgh, PA 15232
       412-395-6001
       mmh@thedebtdoctors.com

       ATTORNEY FOR THE DEBTOR