## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Joshua L. Sutherland
Sarah M. Sutherland
    Debtors.

The Debt Doctors, LLC,
      Movant,
  vs.

No Respondent.

Bankruptcy No.: 19-22799-CMB
Chapter 13

Document No.:

Response Deadline: December 7, 2020
Hearing Date & Time: January 6, 2021 at 01:30 PM

## ENTERED BY DEFAULT

### ORDER OF COURT

AND NOW, this __10th__ day of __December__, 2020, the Application of The Debt Doctors, LLC as counsel for the Debtors, for Interim Compensation and Reimbursement of Expenses is approved in the ***total*** amount of $6,739.20 for services rendered on behalf of the Debtors for the period between January 3, 2019 through November 20, 2020, which represents $6,699.00 in attorneys' fees and $40.20 in costs.

IT IS FURTHER ORDERED, of the total fee award, the Debtor has previously paid $4,000.00 to counsel as a "no-look" fee. Accordingly, the Chapter 13 Trustee shall only pay an additional $2,739.20 ($2,699.00 in attorneys' fees and $40.20 in costs) to Counsel through the Debtor's Plan.

FILED
12/10/20 7:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-22799-CMB
Joshua L. Sutherland  Chapter 13
Sarah M. Sutherland
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Dec 10, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Joshua L. Sutherland, Sarah M. Sutherland, 412 Labrador Lane, Clairton, PA 15025-5243 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com |
| Garry Alan Masterson | on behalf of Creditor HTD Leasing  LLC, d/b/a Ford Motor Credit Company, LLC pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Matthew M. Herron | on behalf of Debtor Joshua L. Sutherland mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | |

| | |
|---|---|
| | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Sarah M. Sutherland mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9