# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: JOSHUA L. & SARAH M. SUTHERLAND
- Case Number: 19-22799-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, DECEMBER 17, 2020 02:00 PM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#19 Chapter 13 Plan Dated 08/08/2020 (N)
R / M #: 19 / 0

**Appearances:**

- Debtor: *Buchanan*
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 1/21/21
   Objections are due on or before 2/18/21
   A hearing on the Amended Plan is set for 2/25/21 at 1:00 pm.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
12/18/20 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

12/8/2020  11:14:39 AM