WWR# 040634653

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>JOSHUA L SUTHERLAND<br>SARAH M SUTHERLAND<br>　　　　Debtors, | )<br>)<br>)<br>)<br>) | BANKRUPTCY NO. 19-22799-CMB<br><br>CHAPTER 13<br><br>Related to Doc No: 56, 57, 58, 62, Claim 5-2 |
| FORD MOTOR CREDIT COMPANY LLC<br>　　　　Movant,<br>　　　　v.<br>JOSHUA L SUTHERLAND<br>SARAH M SUTHERLAND, Debtor<br>RONDA J WINNECOUR, Trustee<br>　　　　Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |

### AGREED ORDER ON TRUSTEE'S OBJECTION TO CLAIM NO. 5-2

NOW this __12th__ day of __January__, 2021, in said District, upon the Objection filed by the Trustee, Response of Respondent, and the agreement of counsel, the evidence and law:

IT IS ORDERED, ADJUDGED AND DECREED that

1. Ford Motor Credit Company, LLC's Unsecured Deficiency Claim at Claim No. 5-2, is reduced to a claim total of $1,708.75.
2. The hearing scheduled as to this matter on 01/27/2021 at 10:30 AM is cancelled.

FILED
1/12/21 8:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

| | | |
|---|---|---|
| /s/ Garry Masterson<br>Attorney for Movant<br>Garry Masterson<br>965 Keynote Circle<br>Brooklyn Heights, OH 44131 | /s/ Matthew M Herron<br>Attorney For Debtor<br>Matthew M. Herron<br>The Debt Doctors, LLC<br>607 College Ave Ste 101<br>Pittsburgh, PA 15232 | /s/ James Warmbrodt<br>For Trustee Ronda J Winnecour<br>600 Grant Street, Ste 3250<br>Pittsburgh, PA 15219 |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-22799-CMB |
| Joshua L. Sutherland | Chapter 13 |
| Sarah M. Sutherland | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Jan 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua L. Sutherland, Sarah M. Sutherland, 412 Labrador Lane, Clairton, PA 15025-5243 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2021         Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | |
| | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Garry Alan Masterson | |
| | on behalf of Creditor HTD Leasing LLC, d/b/a Ford Motor Credit Company, LLC pitecf@weltman.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Matthew M. Herron | |
| | on behalf of Debtor Joshua L. Sutherland mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Jan 12, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron

    on behalf of Joint Debtor Sarah M. Sutherland mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

TOTAL: 9