**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No.: 19-22799-CMB |
| Joshua L. Sutherland and ) | Chapter 13 |
| Sarah M. Sutherland, ) | |
|       Debtors. ) | |
| ) | Dkt. No.: |
| _____ ) | |
| Sarah M. Sutherland, ) | Response Deadline: 02/16/2021 |
|       Movant, ) | Hearing Date/Time: 03/01/2021 |
| ) | at 10:00 AM |
| vs. ) | |
| ) | |
| ACAR Leasing LTD ) | |
| d/b/a GM Financial Leasing ) | |
| Advanced Dermatology & Cosmetic Surgery ) | |
| Americredit/GM Financial ) | |
| Borough of Jefferson Hills ) | |
| Capital One ) | |
| Capital One Bank (USA), N.A. ) | |
| by American InfoSource as agent ) | |
| CB/Jared ) | |
| CBCS ) | |
| Cenlar ) | |
| Colleen Daniels ) | |
| Commercial Acceptance Co. ) | |
| Dept of Ed/Nelnet ) | |
| Discover ) | |
| Discover Bank ) | |
| Discover Financial Services ) | |
| Ford Motor Credit ) | |
| Ford Motor Credit Company LLC ) | |
| Jefferson Cardiology ) | |
| Jefferson Hills School District ) | |
| Jefferson Hills School District & Borough ) | |
| MedFinancial ) | |
| Nissan Infiniti LT ) | |
| Nissan Motor Acceptance ) | |
| Pingora Loan Servicing, LLC ) | |
| c/o Cenlar FSB ) | |
| Simm Associates, Inc. ) | |
| State Collection Service ) | |
| Syncb/Mc ) | |
| Synchrony Bank ) | |
| c/o PRA Receivables Management, LLC ) | |

| | |
|---|---|
| SynchronyMC/SYNCB | ) |
| True-Global Ownership, | ) |
| TRUE PIT2017-1 LLC | ) |
| c/o Aegis Realty Partners, Inc. | ) |
| UPMC | ) |
| UPMC Health Services | ) |
| UPMC Physician Services | ) |
| US Department of Education | ) |
| US Department of Education | ) |
| c/o Nelnet | ) |
| Verizon | ) |
| by American InfoSource as agent | ) |
| The United States Trustee | ) |
| Ronda J. Winnecour, Esq., Trustee, | ) |
| Respondents. | ) |

**CERTIFICATE OF NO OBJECTION TO THE
MOTION TO DISMISS CHAPTER 13 CASE OF JOSHUA L. SUTHERLAND**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Chapter 13 Case of Joshua L. Sutherland has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Dismiss Chapter 13 Case of Joshua L. Sutherland appears thereon.  Pursuant to the Notice of Hearing, responses to the Motion to Dismiss Chapter 13 Case of Joshua L. Sutherland were to be filed and served no later than February 16, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Dismiss Chapter 13 Case of Joshua L. Sutherland be entered by the Court.

Date:    February 17, 2021

   /s/ Matthew M. Herron
Matthew M. Herron, Esquire
PA ID No. 88927

THE DEBT DOCTORS, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232
412-395-6001
mmh@thedebtdoctors.com

ATTORNEY FOR THE DEBTORS