# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No.: 19-22799-CMB |
| Joshua L. Sutherland and ) | Chapter 13 |
| Sarah M. Sutherland, ) | |
|         Debtors. ) | |
| ) | Related to: Document No. 75 |
| _____ ) | |
| Sarah M. Sutherland, ) | **ENTERED BY DEFAULT** |
|         Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| ACAR Leasing LTD ) | |
| d/b/a GM Financial Leasing ) | |
| Advanced Dermatology & Cosmetic Surgery) | |
| Americredit/GM Financial ) | |
| Borough of Jefferson Hills ) | |
| Capital One ) | |
| Capital One Bank (USA), N.A. ) | |
| by American InfoSource as agent ) | |
| CB/Jared ) | |
| CBCS ) | |
| Cenlar ) | |
| Colleen Daniels ) | |
| Commercial Acceptance Co. ) | |
| Dept of Ed/Nelnet ) | |
| Discover ) | |
| Discover Bank ) | |
| Discover Financial Services ) | |
| Ford Motor Credit ) | |
| Ford Motor Credit Company LLC ) | |
| Jefferson Cardiology ) | |
| Jefferson Hills School District ) | |
| Jefferson Hills School District & Borough ) | |
| MedFinancial ) | |
| Nissan Infiniti LT ) | |
| Nissan Motor Acceptance ) | |
| Pingora Loan Servicing, LLC ) | |
| c/o Cenlar FSB ) | |
| Simm Associates, Inc. ) | |
| State Collection Service ) | |
| Syncb/Mc ) | |
| Synchrony Bank ) | |

|   |   |
|---|---|
| c/o PRA Receivables Management, LLC | ) |
| SynchronyMC/SYNCB | ) |
| True-Global Ownership, | ) |
| TRUE PIT2017-1 LLC | ) |
| c/o Aegis Realty Partners, Inc. | ) |
| UPMC | ) |
| UPMC Health Services | ) |
| UPMC Physician Services | ) |
| US Department of Education | ) |
| US Department of Education | ) |
| c/o Nelnet | ) |
| Verizon | ) |
| by American InfoSource as agent | ) |
| The United States Trustee | ) |
| Ronda J. Winnecour, Esq., Trustee, | ) |
| Respondents. | ) |

## ORDER

AND NOW, this  18th  day of   February   , 2021, upon consideration of the foregoing Motion to Dismiss Chapter 13 Case of Joshua L. Sutherland, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED. Debtor, Joshua L. Sutherland, is dismissed from the above-captioned case.

Carlota M. Böhm  
Chief United States Bankruptcy Judge

FILED  
2/18/21 8:38 am  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joshua L. Sutherland  
Sarah M. Sutherland  
    Debtors

Case No. 19-22799-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: nsha      Page 1 of 3  
Date Rcvd: Feb 18, 2021      Form ID: pdf900      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua L. Sutherland, Sarah M. Sutherland, 412 Labrador Lane, Clairton, PA 15025-5243 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15118157 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15087154 | | Advanced Dermatology & Cosmetic Surgery, PO Box 864046, Orlando, FL 32886-4046 |
| 15087156 | + | Borough of Jefferson Hills, Josephine Lipnicky, Tax Collector, PO Box 826, Clairton, PA 15025-0826 |
| 15087159 | + | CB/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 15087160 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15087161 | + | Cenlar, PO Box 77404, Ewing, NJ 08628-6404 |
| 15101312 | + | Colleen Daniels, Aegis Realty Partners, Inc., 1301 Grandview Ave., Trimont Plaza, Suite 1136, Pittsburgh, PA 15211-4204 |
| 15087162 | + | Commercial Acceptance Co, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 15103003 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 15101317 | + | Ford Motor Credit, P.O. Box 54200, Omaha, NE 68154-8000 |
| 15087166 | + | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 15087167 | + | Jefferson Cardiology, 1633 Route 51, Suite 103, Clairton, PA 15025-3652 |
| 15087168 | + | Jefferson Hills School District, Josephine Lipnicky, Tax Collector, PO Box 826, Clairton, PA 15025-0826 |
| 15101319 | + | Jefferson Hills School District & Boroug, Josephine Lipnicky, Tax Collector, PO Box 826, Clairton, PA 15025-0826 |
| 15087169 | | MedFinancial, 1 1st Tennessee Bank, Dept. #888183, Knoxville, TN 37995-8183 |
| 15091542 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 15087170 | | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 15127209 | + | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15087174 | | SynchronyMC/SYNCB, PO Box 530939, Atlanta, GA 30353-0939 |
| 15128624 | + | True-Global Ownership, TRUE PIT2017-1 LLC, c/o Aegis Realty Partners, Inc., 1301 Grandview Avenue, Pittsburgh, PA 15211-4203 |
| 15123503 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15123509 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15087176 | | US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | | |
| | | | Feb 19 2021 03:31:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 19 2021 02:52:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15087155 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | | Feb 19 2021 03:29:00 | Americredit/GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 15087158 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Feb 19 2021 02:34:43 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15087157 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |
| | | | Feb 19 2021 02:52:26 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |

Case 19-22799-CMB   Doc 79   Filed 02/20/21   Entered 02/21/21 00:37:58   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 18, 2021 | Form ID: pdf900 | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15099580 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2021 02:52:26 | | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15087164 | | Email/Text: mrdiscen@discover.com Feb 19 2021 03:29:00 | | Discover, PO Box 3008, New Albany, OH 43054-3008 |
| 15087165 | | Email/Text: mrdiscen@discover.com Feb 19 2021 03:29:00 | | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 15087163 | + | Email/Text: electronicbkydocs@nelnet.net Feb 19 2021 03:30:00 | | Dept of Ed / NELNET, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15094144 | | Email/Text: mrdiscen@discover.com Feb 19 2021 03:29:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15087172 | | Email/Text: amieg@stcol.com Feb 19 2021 03:29:00 | | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 15087171 | + | Email/PDF: clerical@simmassociates.com Feb 19 2021 02:52:30 | | Simm Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15087173 | + | Email/PDF: gecsedi@recoverycorp.com Feb 19 2021 02:34:36 | | Syncb/Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 15124382 | + | Email/PDF: gecsedi@recoverycorp.com Feb 19 2021 02:34:37 | | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15088314 | + | Email/PDF: gecsedi@recoverycorp.com Feb 19 2021 02:34:36 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15087175 | + | Email/Text: BankruptcyNotice@upmc.edu Feb 19 2021 03:30:00 | | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15097729 | + | Email/Text: electronicbkydocs@nelnet.net Feb 19 2021 03:30:00 | | US Department of Education c/o Nelnet,, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15122868 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 19 2021 02:44:31 | | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company, LLC |
| cr | | HTD Leasing, LLC, d/b/a Ford Motor Credit Company, |
| cr | | Pingora Loan Servicing, LLC |
| 15101305 | * | Advanced Dermatology & Cosmetic Surgery, PO Box 864046, Orlando, FL 32886-4046 |
| 15101306 | *+ | Americredit/GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 15101309 | *+ | CB/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 15101310 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15101308 | * | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15101307 | * | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15101311 | *+ | Cenlar, PO Box 77404, Ewing, NJ 08628-6404 |
| 15101313 | *+ | Commercial Acceptance Co., 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 15101315 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 3008, New Albany, OH 43054-3008 |
| 15101316 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 15101314 | *+ | Dept of Ed / NELNET, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15101318 | *+ | Jefferson Cardiology, 1633 Route 51, Suite 103, Clairton, PA 15025-3652 |
| 15101320 | * | MedFinancial, 1 1st Tennessee Bank, Dept. #888183, Knoxville, TN 37995-8183 |
| 15101321 | * | Nissan Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 15101323 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State |

|  |  | Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
|---|---|---|
| 15101322 | *+ | Simm Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15101324 | *+ | Syncb/Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 15101325 | * | SynchronyMC/SYNCB, PO Box 530939, Atlanta, GA 30353-0939 |
| 15101326 | *+ | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15101327 | * | US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |

TOTAL: 3 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor HTD Leasing LLC, d/b/a Ford Motor Credit Company, LLC pitecf@weltman.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Matthew M. Herron | on behalf of Debtor Joshua L. Sutherland mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Sarah M. Sutherland mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9