**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| JOSHUA L. SUTHERLAND | Case No.:19-22799 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/15/2019 and confirmed on 09/19/2019. The case was subsequently (A)DISMISSED AFTER CONFIRMATION FUNDS TO CREDITORS  AS TO JOSHUA L SUTHERLAND ONLY

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 119,411.81 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 119,411.81 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,032.15 | |
|    Trustee Fee | 756.20 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,788.35 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PINGORA LOAN SERVICING LLC<br>    Acct: 7112 | 0.00 | 13,214.15 | 0.00 | 13,214.15 |
|   JEFFERSON HILLS BOROUGH (RE)<br>    Acct: 3R98 | 8,860.15 | 0.00 | 0.00 | 0.00 |
|   PINGORA LOAN SERVICING LLC<br>    Acct: 7112 | 22,158.01 | 0.00 | 0.00 | 0.00 |
| | | | | 13,214.15 |
| **Priority** | | | | |
|   MATTHEW M HERRON ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   JOSHUA L. SUTHERLAND<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   THE DEBT DOCTORS LLC<br>    Acct: | 3,000.00 | 1,032.15 | 0.00 | 0.00 |
|   FORD MOTOR CREDIT COMPANY LLC(*)<br>    Acct: 5858 | 2,593.35 | 2,593.35 | 0.00 | 2,593.35 |
|   THE DEBT DOCTORS LLC<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0-20 | 2,739.20 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| THE DEBT DOCTORS LLC<br>Acct: | 2,260.80 | 0.00 | 0.00 | 0.00 |
| NISSAN MOTOR ACCEPTANCE CORP<br>Acct: 0436 | 5,863.18 | 1,802.98 | 0.00 | 1,802.98 |
| | | | | 4,396.33 |
| **Unsecured** | | | | |
| ADVANCED DERMATOLOGY & COSMETIC<br>Acct: 2829 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACAR LEASING LTD D/B/A GM FINANCIAL<br>Acct: 4243 | 870.50 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 9786 | 3,475.57 | 0.00 | 0.00 | 0.00 |
| JARED<br>Acct: 8850 | 0.00 | 0.00 | 0.00 | 0.00 |
| CBCS<br>Acct: 3360 | 0.00 | 0.00 | 0.00 | 0.00 |
| CBCS<br>Acct: 9357 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRUE-GLOBAL OWNERSHIP TRUE PIT2017<br>Acct: 1095 | 3,225.22 | 0.00 | 0.00 | 0.00 |
| COMMERCIAL ACCEPTANCE<br>Acct: DDJC | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION<br>Acct: 4764 | 69,395.80 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - NELNE<br>Acct: 0000 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - NELNE<br>Acct: 0000 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - NELNE<br>Acct: 0000 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - NELNE<br>Acct: 0000 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION - NELNE<br>Acct: 0000 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)<br>Acct: 8249 | 21,795.53 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CARDIOLOGY ASSOCIATION<br>Acct: 0264 | 0.00 | 0.00 | 0.00 | 0.00 |
| MEDFINANCIAL<br>Acct: 9072 | 0.00 | 0.00 | 0.00 | 0.00 |
| SIMM ASSOC INC<br>Acct: 7551 | 0.00 | 0.00 | 0.00 | 0.00 |
| STATE COLLECTION SERVICE INC<br>Acct: 2740 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 4363 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 5547 | 0.00 | 0.00 | 0.00 | 0.00 |
| KERI P EBECK ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 5547 | 7,288.34 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES<br>Acct: 2910 | 1,170.03 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION++<br>Acct: 8206 | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-22799 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    VERIZON BY AMERICAN INFOSOURCE AS | 82.67 | 0.00 | 0.00 | 0.00 |
|      Acct: 0001 | | | | |
|    UPMC HEALTH SERVICES | 878.09 | 0.00 | 0.00 | 0.00 |
|      Acct: 2910 | | | | |
|    FORD MOTOR CREDIT COMPANY LLC(*) | 1,708.75 | 0.00 | 0.00 | 0.00 |
|      Acct: 5858 | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 17,610.48 |
|---|---|---|
|   TOTAL CLAIMED | | |
|   PRIORITY | 8,456.53 | |
|   SECURED | 31,018.16 | |
|   UNSECURED | 109.890.50 | |

Date: 02/22/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com