**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/17/2021

IN RE:

SARAH M SUTHERLAND
412 LABRADOR LN
CLAIRTON, PA 15025
XXX-XX-2910        Debtor(s)

Case No. 19-22799 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/17/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SYNC MC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 5547 |
| **KERI P EBECK ESQ**<br>BERNSTEIN-BURKLEY<br>707 GRANT STREET<br>SUITE 2200 GULF TOWER<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PINGORA LN SVCNG/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PINGORA LOAN SERVICING LLC**<br>C/O CENLAR FSB**<br>425 PHILLPS BLVD<br>EWING, NJ  08618 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 0.00<br>COMMENT: 2849.18/PL@CENLAR*2544.90 X (60+2)=LMT*BGN 8/19 | CRED DESC: MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 7112 |
| **JEFFERSON HILLS BOROUGH (RE)**<br>C/O MCGRAIL & ASSOCIATES LLC - DLNQ CLLCT<br>1714 LINCOLN WAY<br>WHITE OAK, PA  15131 | Trustee Claim Number: 5   INT %: 10.00%<br>Court Claim Number:<br>CLAIM: 8,860.15<br>COMMENT: 0563-R-00098*$/PL@10%*16 AND 17*SCH@CURR*DK | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3R98 |
| **ADVANCED DERMATOLOGY & COSMETIC SURG**<br>PO BOX 864046<br>ORLANDO, FL  32886-4046 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2829 |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEAS**<br>PO BOX 183853<br>ARLINGTON, TX  76096 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 870.50<br>COMMENT: 7085/SCH*AMERICREDIT*AUTO LEASE DTD 4/2/15 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4243 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 3,475.57<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9786 |
| **JARED**<br>375 GHENT RD<br>AKRON, OH  44333 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8850 |
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH  43216-2724 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3360 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CBCS**<br>PO BOX 2724<br>COLUMBUS, OH 43216-2724 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9357 |
| **TRUE-GLOBAL OWNERSHIP TRUE PIT2017-1 LL**<br>C/O AEGIS REALTY PARTNERS INC<br>1301 GRANDVIEW AVE<br>PITTSBURGH, PA 15211 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 3,225.22<br>COMMENT: NO ACCT~NO$/SCH*LEASE-UNPAID RENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1095 |
| **COMMERCIAL ACCEPTANCE**<br>2300 GETTYSBURG RD<br>CAMP HILL, PA 17011 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: DDJC |
| **US DEPARTMENT OF EDUCATION**<br>C/O NELNET<br>PO BOX 2837<br>PORTLAND, OR 97208 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 0.00<br>COMMENT: 0000/SCH- NO LONGER DUE/RECIPIENT DECEASED*CL=$$69,395.80 | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 4764 |
| **US DEPARTMENT OF EDUCATION - NELNET++**<br>PO BOX 740283<br>ATLANTA, GA 30374-0283 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **US DEPARTMENT OF EDUCATION - NELNET++**<br>PO BOX 740283<br>ATLANTA, GA 30374-0283 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **US DEPARTMENT OF EDUCATION - NELNET++**<br>PO BOX 740283<br>ATLANTA, GA 30374-0283 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **US DEPARTMENT OF EDUCATION - NELNET++**<br>PO BOX 740283<br>ATLANTA, GA 30374-0283 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **US DEPARTMENT OF EDUCATION - NELNET++**<br>PO BOX 740283<br>ATLANTA, GA 30374-0283 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0000 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 2 | CLAIM: 21,795.53<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8249 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **JEFFERSON CARDIOLOGY ASSOCIATION ++**<br>PO BOX 18285<br>PITTSBURGH, PA  15236 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0264 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **MEDFINANCIAL**<br>1 1ST TENNESSE BANK DEPT 888183<br>KNOXVILLE, TN  37995-8183 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9072 | CLAIM: 0.00<br>COMMENT: |
| **SIMM ASSOC INC**<br>POB 7526<br>NEWARK, DE  19714-7526 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7551 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br>MADISON, WI  53701 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2740 | CLAIM: 0.00<br>COMMENT: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4363 | CLAIM: 0.00<br>COMMENT: NT ADR~MC/SCH |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA  23541 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 10 | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: 5547 | CLAIM: 0.00<br>COMMENT: SYNCHRONY MASTERCARD*CL=$7,288.34*NT DUE/PL |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2910 | CLAIM: 1,170.03<br>COMMENT: 1003/SCH |
| **US DEPARTMENT OF EDUCATION++**<br>POB 740283<br>ATLANTA, GA  30374-0283 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8206 | CLAIM: 0.00<br>COMMENT: |
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI  48255-0953 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5858 | CLAIM: 2,593.35<br>COMMENT: RS/DOE*$12562/PL*23 REM PMTS/CL*NO$/SCH G*W/34*CL=$11,557.73 |
| **NISSAN MOTOR ACCEPTANCE CORP**<br>POB 660366<br>DALLAS, TX  75266-0366 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0436 | CLAIM: 1,802.98<br>COMMENT: CL1@$5863.18GOV*$CL-PL@PMT/CL-PL*NO$/SCH G*SURR/PL |

| Creditor | Trustee/Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PINGORA LOAN SERVICING LLC**<br>C/O CENLAR FSB**<br>425 PHILLPS BLVD<br>EWING, NJ 08618 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:11 | CLAIM: 22,158.01<br>COMMENT: 21,000/PL@CENLAR*THRU 7/19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7112 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br>HOUSTON, TX 77210-4457 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:7 | CLAIM: 82.67<br>COMMENT: NT/SCH*LAST TRANSACTION 6/16/2019 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:8 | CLAIM: 878.09<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2910 |
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI 48255-0953 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:5-2 | CLAIM: 1,708.75<br>COMMENT: DEFICIENCY*AMD*W/29*$/OE*CL=$4,768.23 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5858 |