IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sarah M. Sutherland<br>    Debtor, | Bankruptcy No. 19-22799 CMB |
| Pingora Loan Servicing ,LLC c/o Nationstar Mortgage LLC d/b/a Mr. Cooper | Chapter 13 |
| | Related to Document No. 88 |
|     Movant<br>v. | Hearing Date and time: N/A |
|     No Respondent | |

### RESPONSE OF PINGORA LOAN SERVICING TO DEBTOR'S TRUSTEE'S INTERIM NOTICE OF CURE OF ARREARS

    Pingora Loan Servicing ,LLC c/o Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through its counsel, LOGS Legal Group LLP, hereby responds to Debtor's Trustee's Interim Notice of Cure, and in support thereof, avers as follows:

    It agrees with the Notice of Interim Cure of Arrears; the pre-petition arrears have been cured and advises the loan in contractually due for May 1, 2021.

/s/ Kristen D. Little
Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

May 10, 2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sarah M. Sutherland<br>　　　Debtor, | Bankruptcy No. 19-22799 CMB |
| Pingora Loan Servicing ,LLC c/o Nationstar Mortgage LLC d/b/a Mr. Cooper | Chapter 13 |
| | Related to Document No. 88 |
| 　　　Movant | |
| v. | Hearing Date and time: N/A |
| 　　　No Respondent | |

## CERTIFICATE OF SERVICE

　　　I, Kristen D. Little , an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the foregoing by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this May 10, 2021:

Sarah M. Sutherland
412 Labrador Ln
Clairton, PA 15025

Matthew M. Herron, Esquire
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232- VIA ECF

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Kristen D. Little

Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sarah M. Sutherland<br>　　　Debtor, | Bankruptcy No. 19-22799 CMB |
| Pingora Loan Servicing ,LLC c/o Nationstar Mortgage LLC d/b/a Mr. Cooper | Chapter 13 |
| | Related to Document No. 88 |
| 　　　Movant<br>v. | Hearing Date and time: N/A |
| 　　　No Respondent | |

## **ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of the Trustee's Interim Notice of Cure and Respondent's response thereto;

It is hereby ORDERED that Trustee's Interim Notice of Cure is approved.

BY THE COURT:

_____
HONORABLE CARLOTA M. BOHM
UNITED STATES BANKRUPTCY JUDGE