# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
SARAH M SUTHERLAND                                  Case No. 19-22799CMB

         Debtor(s)
RONDA J. WINNECOUR,                                 Chapter 13
Standing Chapter 13 Trustee,

         Movant                              Document No __
vs.
TRUE-GLOBAL OWNERSHIP TRUE
PIT2017-1 LLC
         Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been assigned to . No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court. DEBT IS NO LONGER COLLECTED BY THE CLAIMANT.  TRUSTEE HAS BEEN INFORMED THE DEBT IS COLLECTED BY VINEBROOK HOMES

TRUE-GLOBAL OWNERSHIP TRUE                          Court claim# 12/Trustee CID# 12
PIT2017-1 LLC
C/O AEGIS REALTY PARTNERS INC
1301 GRANDVIEW AVE
PITTSBURGH, PA 15211


The Movant further certifies that on 05/18/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>SARAH M SUTHERLAND, 412 LABRADOR LN, CLAIRTON, PA  15025 | DEBTOR'S COUNSEL:<br>MATTHEW M HERRON ESQ, THE DEBT DOCTORS LLC, 607 COLLEGE ST STE 101, PITTSBURGH, PA  15232 |
| ORIGINAL CREDITOR:<br>TRUE-GLOBAL OWNERSHIP TRUE PIT2017-1 LLC, C/O AEGIS REALTY PARTNERS INC, 1301 GRANDVIEW AVE, PITTSBURGH, PA  15211 | :<br>VINEBROOK HOMES, 3500 PARK CENTER DR STE 100, DAYTON, OH  45414 |
| NEW CREDITOR: | |