**Fill in this information to identify the case:**

Debtor 1  Joshua L. Sutherland

Debtor 2  Sarah M. Sutherland
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA
                                                                    (State)

Case number:  19-22799 CMB

Official Form 4100R

# Response to Final Cure Payment                                                                                         10/15

**According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.**

## Part 1:  Mortgage Information

**Name of Creditor:**  Pingora Loan Servicing, LLC

**Court Claim no. (**if known**)**
11

**Last 4 digits of any number you use to identify the debtor's account:  XXXXXX0157**

**Property address:**  412 Labrador Lane
                                  Number       Street

Jefferson Hills, PA 15025
City                State         Zip Code

## Part 2:  Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:

## Part 3:  Postpetition Mortgage Payment

*Check One:*

☒ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor is on:    01/01/2022
                                                                                           MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a.  Total postpetition ongoing payments due:                                                   (a) $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:                (b) $ _____

c.  **Total**. Add lines a and b.                                                                            (c) $ _____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payments that first became
due on:                                                                            ___/___/___
                                                                                     MM / DD / YYYY

| Debtor 1 | Joshua L. Sutherland | | Case number: 19-22799 CMB |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Christopher A. DeNardo                          Date: 11/22/2021
    Signature

**Print:** Christopher A. DeNardo
        First Name   Middle Name   Last Name

Title: Attorney for and on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper (as servicer for creditor)

Company: LOGS Legal Group LLP

Address: 3600 Horizon Drive, Suite 150
         Number    Street
         King of Prussia, PA 19406
         City                State  ZIP Code

Contact phone: (610) 278-6800

Email: logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 11/22/2021

Matthew M. Herron, Esquire
The Debt Doctors, LLC
607 College Street, Suite 101
Pittsburgh, PA 15232

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Joshua L. Sutherland
412 Labrador Lane
Clairton, PA 15025

Sarah M. Sutherland
412 Labrador Lane
Clairton, PA 15025

*/s/ Christopher A. DeNardo*

Christopher A. DeNardo 78447
Kristen D. Little 79992
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com