## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| Sarah M. Sutherland, | : |
| | :    Bankruptcy No.: 19-22799-CMB |
| Debtor. | : |
| | :    Chapter 13 |
| Sarah M. Sutherland, | : |
| | : |
| Movant, | : |
| | : |
| v. | : |
| | : |
| No Respondents. | : |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay a Domestic Support Obligation.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 19, 2020, at docket number 52, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

                                                 *DocuSigned by:*
                                                 *S Sutherland*
                                                 EE8361E2621747F...
                                                 Sarah M. Sutherland, Debtor

                                                 RESPECTFULLY SUBMITTED,
                                                 THE DEBT DOCTORS, LLC

                              By:     /s/*Matthew M. Herron*
                                                 Matthew M. Herron
                                                 607 College Avenue, Suite 101
                                                 Pittsburgh, PA 15232
                                                 mmh@thedebtdoctors.com
                                                 412-395-6001
                                                 PA I.D. No. 88927

**PAWB Local Form 24 (07/13)**