Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Joshua L. Sutherland
Sarah M. Sutherland**
Debtor(s)

Bankruptcy Case No.: 19−22799−CMB

Chapter: 13
Docket No.: 106 − 103

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 23rd of November, 2021, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/14/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/25/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/14/22.**

                                                       <u>Carlota M. Bohm</u>
                                                       United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joshua L. Sutherland  
Sarah M. Sutherland  
    Debtors

Case No. 19-22799-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 4 |
| Date Rcvd: Nov 23, 2021 | Form ID: 408v | Total Noticed: 44 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua L. Sutherland, Sarah M. Sutherland, 412 Labrador Lane, Clairton, PA 15025-5243 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15087154 | | Advanced Dermatology & Cosmetic Surgery, PO Box 864046, Orlando, FL 32886-4046 |
| 15087156 | + | Borough of Jefferson Hills, Josephine Lipnicky, Tax Collector, PO Box 826, Clairton, PA 15025-0826 |
| 15087159 | + | CB/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 15087160 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15087161 | + | Cenlar, PO Box 77404, Ewing, NJ 08628-6404 |
| 15101312 | + | Colleen Daniels, Aegis Realty Partners, Inc., 1301 Grandview Ave., Trimont Plaza, Suite 1136, Pittsburgh, PA 15211-4204 |
| 15087162 | + | Commercial Acceptance Co, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 15087167 | + | Jefferson Cardiology, 1633 Route 51, Suite 103, Clairton, PA 15025-3652 |
| 15087168 | + | Jefferson Hills School District, Josephine Lipnicky, Tax Collector, PO Box 826, Clairton, PA 15025-0826 |
| 15101319 | + | Jefferson Hills School District & Boroug, Josephine Lipnicky, Tax Collector, PO Box 826, Clairton, PA 15025-0826 |
| 15087169 | | MedFinancial, 1 1st Tennessee Bank, Dept. #888183, Knoxville, TN 37995-8183 |
| 15091542 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 15087170 | | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 15127209 | + | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15395646 | + | Pingora Loan Servicing, LLC, C/O Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15087174 | | SynchronyMC/SYNCB, PO Box 530939, Atlanta, GA 30353-0939 |
| 15128624 | + | True-Global Ownership, TRUE PIT2017-1 LLC, c/o Aegis Realty Partners, Inc., 1301 Grandview Avenue, Pittsburgh, PA 15211-4203 |
| 15123503 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15123509 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15087176 | | US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Nov 23 2021 23:26:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2021 23:28:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15118157 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2021 23:26:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15087155 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 23 2021 23:26:00 | Americredit/GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 15087158 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:28:53 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15087157 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 23 2021 23:29:04 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15099580 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 19-22799-CMB    Doc 107    Filed 11/25/21    Entered 11/26/21 00:29:27    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: dsaw | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 23, 2021 | Form ID: 408v | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | Nov 23 2021 23:28:53 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15087164 | | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover, PO Box 3008, New Albany, OH 43054-3008 |
| 15087165 | | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 15087163 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 23 2021 23:26:00 | Dept of Ed / NELNET, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15094144 | | Email/Text: mrdiscen@discover.com | Nov 23 2021 23:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15103003 | | Email/Text: EBNBKNOT@ford.com | Nov 23 2021 23:26:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 15101317 | + | Email/Text: EBNBKNOT@ford.com | Nov 23 2021 23:26:00 | Ford Motor Credit, P.O. Box 54200, Omaha, NE 68154-8000 |
| 15087166 | + | Email/Text: EBNBKNOT@ford.com | Nov 23 2021 23:26:00 | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 15087172 | | Email/Text: amieg@stcol.com | Nov 23 2021 23:25:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 15087171 | + | Email/PDF: clerical@simmassociates.com | Nov 23 2021 23:28:43 | Simm Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15087173 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:02 | Syncb/Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 15124382 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:29:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15088314 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2021 23:28:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15087175 | + | Email/Text: BankruptcyNotice@upmc.edu | Nov 23 2021 23:26:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15097729 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 23 2021 23:26:00 | US Department of Education c/o Nelnet,, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15122868 | | Email/PDF: ebn_ais@aisinfo.com | Nov 23 2021 23:28:57 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company, LLC |
| cr | | HTD Leasing, LLC, d/b/a Ford Motor Credit Company, |
| cr | | Pingora Loan Servicing, LLC |
| 15101305 | * | Advanced Dermatology & Cosmetic Surgery, PO Box 864046, Orlando, FL 32886-4046 |
| 15101306 | *+ | Americredit/GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 15101309 | *+ | CB/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 15101310 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15101308 | * | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15101307 | * | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15101311 | *+ | Cenlar, PO Box 77404, Ewing, NJ 08628-6404 |
| 15101313 | *+ | Commercial Acceptance Co., 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 15101315 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 3008, New Albany, OH 43054-3008 |

| | | |
|---|---|---|
| 15101316 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 15101314 | *+ | Dept of Ed / NELNET, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15101318 | *+ | Jefferson Cardiology, 1633 Route 51, Suite 103, Clairton, PA 15025-3652 |
| 15101320 | * | MedFinancial, 1 1st Tennessee Bank, Dept. #888183, Knoxville, TN 37995-8183 |
| 15101321 | * | Nissan Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 15101323 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 15101322 | *+ | Simm Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15101324 | *+ | Syncb/Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 15101325 | * | SynchronyMC/SYNCB, PO Box 530939, Atlanta, GA 30353-0939 |
| 15101326 | *+ | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15101327 | * | US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |

TOTAL: 3 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 25, 2021                    Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Pingora Loan Servicing  LLC pabk@logs.com, logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| Garry Alan Masterson | on behalf of Creditor HTD Leasing  LLC, d/b/a Ford Motor Credit Company, LLC pitecf@weltman.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company  LLC pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Kristen D. Little | on behalf of Creditor Pingora Loan Servicing  LLC pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Maria Miksich | on behalf of Creditor Pingora Loan Servicing  LLC mmiksich@kmllawgroup.com |
| Matthew M. Herron | on behalf of Debtor Joshua L. Sutherland mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Sarah M. Sutherland mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

cmecf@chapter13trusteewdpa.com

TOTAL: 12