| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Joshua L. Sutherland** | Social Security number or ITIN  **xxx–xx–4764** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Sarah M. Sutherland** | Social Security number or ITIN  **xxx–xx–2910** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **19-22799-CMB** | | |

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joshua L. Sutherland                                   Sarah M. Sutherland

12/20/21                                              **By the court:**    Carlota M. Bohm
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joshua L. Sutherland  
Sarah M. Sutherland  
    Debtors

Case No. 19-22799-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dpas      Page 1 of 4  
Date Rcvd: Dec 20, 2021      Form ID: 3180W      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua L. Sutherland, Sarah M. Sutherland, 412 Labrador Lane, Clairton, PA 15025-5243 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15087154 | | Advanced Dermatology & Cosmetic Surgery, PO Box 864046, Orlando, FL 32886-4046 |
| 15087156 | + | Borough of Jefferson Hills, Josephine Lipnicky, Tax Collector, PO Box 826, Clairton, PA 15025-0826 |
| 15087159 | + | CB/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 15087160 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15087161 | + | Cenlar, PO Box 77404, Ewing, NJ 08628-6404 |
| 15101312 | + | Colleen Daniels, Aegis Realty Partners, Inc., 1301 Grandview Ave., Trimont Plaza, Suite 1136, Pittsburgh, PA 15211-4204 |
| 15087162 | + | Commercial Acceptance Co, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 15087167 | + | Jefferson Cardiology, 1633 Route 51, Suite 103, Clairton, PA 15025-3652 |
| 15087168 | + | Jefferson Hills School District, Josephine Lipnicky, Tax Collector, PO Box 826, Clairton, PA 15025-0826 |
| 15101319 | + | Jefferson Hills School District & Boroug, Josephine Lipnicky, Tax Collector, PO Box 826, Clairton, PA 15025-0826 |
| 15087169 | | MedFinancial, 1 1st Tennessee Bank, Dept. #888183, Knoxville, TN 37995-8183 |
| 15091542 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 15087170 | | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 15127209 | + | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15395646 | + | Pingora Loan Servicing, LLC, C/O Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15087174 | | SynchronyMC/SYNCB, PO Box 530939, Atlanta, GA 30353-0939 |
| 15128624 | + | True-Global Ownership, TRUE PIT2017-1 LLC, c/o Aegis Realty Partners, Inc., 1301 Grandview Avenue, Pittsburgh, PA 15211-4203 |
| 15123503 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15123509 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15087176 | | US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 21 2021 04:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2021 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Dec 21 2021 04:33:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 20 2021 23:41:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: kburkley@bernsteinlaw.com | Dec 20 2021 23:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, |

Case 19-22799-CMB   Doc 111   Filed 12/22/21   Entered 12/23/21 00:29:26   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: dpas | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Dec 20, 2021 | Form ID: 3180W | Total Noticed: 46 |

| Recipient ID | | Notice Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | Pittsburgh, PA 15219-1945 |
| cr | + | EDI: RECOVERYCORP.COM | Dec 21 2021 04:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15118157 | + | EDI: PHINAMERI.COM | Dec 21 2021 04:33:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15087155 | + | EDI: PHINAMERI.COM | Dec 21 2021 04:33:00 | Americredit/GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 15087158 | | EDI: CAPITALONE.COM | Dec 21 2021 04:33:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15087157 | | EDI: CAPITALONE.COM | Dec 21 2021 04:33:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15099580 | | EDI: CAPITALONE.COM | Dec 21 2021 04:33:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15087164 | | EDI: DISCOVER.COM | Dec 21 2021 04:33:00 | Discover, PO Box 3008, New Albany, OH 43054-3008 |
| 15087165 | | EDI: DISCOVER.COM | Dec 21 2021 04:33:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 15087163 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 20 2021 23:41:00 | Dept of Ed / NELNET, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15094144 | | EDI: DISCOVER.COM | Dec 21 2021 04:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15103003 | | EDI: FORD.COM | Dec 21 2021 04:33:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 15101317 | + | EDI: FORD.COM | Dec 21 2021 04:33:00 | Ford Motor Credit, P.O. Box 54200, Omaha, NE 68154-8000 |
| 15087166 | + | EDI: FORD.COM | Dec 21 2021 04:33:00 | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 15087172 | | Email/Text: amieg@stcol.com | Dec 20 2021 23:40:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 15087171 | + | Email/PDF: clerical@simmassociates.com | Dec 20 2021 23:40:35 | Simm Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15087173 | + | EDI: RMSC.COM | Dec 21 2021 04:33:00 | Syncb/Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 15124382 | + | EDI: RMSC.COM | Dec 21 2021 04:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15088314 | + | EDI: RMSC.COM | Dec 21 2021 04:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15087175 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 20 2021 23:41:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15097729 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 20 2021 23:41:00 | US Department of Education c/o Nelnet,, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15122868 | | EDI: AIS.COM | Dec 21 2021 04:33:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

Case 19-22799-CMB　Doc 111　Filed 12/22/21　Entered 12/23/21 00:29:26　Desc
Imaged Certificate of Notice　Page 5 of 6

| District/off: 0315-2 | User: dpas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2021 | Form ID: 3180W | Total Noticed: 46 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company, LLC |
| cr | | HTD Leasing, LLC, d/b/a Ford Motor Credit Company, |
| cr | | Pingora Loan Servicing, LLC |
| 15101305 | * | Advanced Dermatology & Cosmetic Surgery, PO Box 864046, Orlando, FL 32886-4046 |
| 15101306 | *+ | Americredit/GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 15101309 | *+ | CB/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 15101310 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15101308 | * | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15101307 | * | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15101311 | *+ | Cenlar, PO Box 77404, Ewing, NJ 08628-6404 |
| 15101313 | *+ | Commercial Acceptance Co., 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 15101315 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 3008, New Albany, OH 43054-3008 |
| 15101316 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 15101314 | *+ | Dept of Ed / NELNET, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15101318 | *+ | Jefferson Cardiology, 1633 Route 51, Suite 103, Clairton, PA 15025-3652 |
| 15101320 | * | MedFinancial, 1 1st Tennessee Bank, Dept. #888183, Knoxville, TN 37995-8183 |
| 15101321 | * | Nissan Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 15101323 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 15101322 | *+ | Simm Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15101324 | *+ | Syncb/Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 15101325 | * | SynchronyMC/SYNCB, PO Box 530939, Atlanta, GA 30353-0939 |
| 15101326 | *+ | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15101327 | * | US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |

TOTAL: 3 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2021　　　　　　　　　Signature:　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Pingora Loan Servicing LLC pabk@logs.com, logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| Garry Alan Masterson | on behalf of Creditor HTD Leasing LLC, d/b/a Ford Motor Credit Company, LLC pitecf@weltman.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 4 of 4 |
| Date Rcvd: Dec 20, 2021 | Form ID: 3180W | Total Noticed: 46 |

Kristen D. Little
    on behalf of Creditor Pingora Loan Servicing  LLC pabk@logs.com, klittle@logs.com;logsecf@logs.com

Maria Miksich
    on behalf of Creditor Pingora Loan Servicing  LLC mmiksich@kmllawgroup.com

Matthew M. Herron
    on behalf of Debtor Joshua L. Sutherland mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Attorney The Debt Doctors  LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Matthew M. Herron
    on behalf of Joint Debtor Sarah M. Sutherland mmh@thedebtdoctors.com  hgs@thedebtdoctors.com;alb@thedebtdoctors.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 12