**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    SARAH M SUTHERLAND

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:19-22799

Chapter 13

Document No.: 103

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this **20th** day of **December**, 20**21**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
12/20/21 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT,

_Carlota M. Böhm_ dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-22799-CMB
Joshua L. Sutherland     Chapter 13
Sarah M. Sutherland
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 4
Date Rcvd: Dec 20, 2021     Form ID: pdf900     Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua L. Sutherland, Sarah M. Sutherland, 412 Labrador Lane, Clairton, PA 15025-5243 |
| aty | + | The Debt Doctors, LLC, 607 College Street, Suite 101, Pittsburgh, PA 15232, UNITED STATES 15232-1700 |
| 15087154 | | Advanced Dermatology & Cosmetic Surgery, PO Box 864046, Orlando, FL 32886-4046 |
| 15087156 | + | Borough of Jefferson Hills, Josephine Lipnicky, Tax Collector, PO Box 826, Clairton, PA 15025-0826 |
| 15087159 | + | CB/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 15087160 | | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15087161 | + | Cenlar, PO Box 77404, Ewing, NJ 08628-6404 |
| 15101312 | + | Colleen Daniels, Aegis Realty Partners, Inc., 1301 Grandview Ave., Trimont Plaza, Suite 1136, Pittsburgh, PA 15211-4204 |
| 15087162 | + | Commercial Acceptance Co, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 15087167 | + | Jefferson Cardiology, 1633 Route 51, Suite 103, Clairton, PA 15025-3652 |
| 15087168 | + | Jefferson Hills School District, Josephine Lipnicky, Tax Collector, PO Box 826, Clairton, PA 15025-0826 |
| 15101319 | + | Jefferson Hills School District & Boroug, Josephine Lipnicky, Tax Collector, PO Box 826, Clairton, PA 15025-0826 |
| 15087169 | | MedFinancial, 1 1st Tennessee Bank, Dept. #888183, Knoxville, TN 37995-8183 |
| 15091542 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 15087170 | | Nissan-Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 15127209 | + | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 15395646 | + | Pingora Loan Servicing, LLC, C/O Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 15087174 | | SynchronyMC/SYNCB, PO Box 530939, Atlanta, GA 30353-0939 |
| 15128624 | + | True-Global Ownership, TRUE PIT2017-1 LLC, c/o Aegis Realty Partners, Inc., 1301 Grandview Avenue, Pittsburgh, PA 15211-4203 |
| 15123503 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15123509 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15087176 | | US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Dec 20 2021 23:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 21 2021 00:15:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15118157 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 20 2021 23:41:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15087155 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 20 2021 23:41:00 | Americredit/GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 15087158 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2021 23:40:33 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15087157 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2021 23:40:33 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15099580 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| District/off: 0315-2 | User: dpas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 20, 2021 | Form ID: pdf900 | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 20 2021 23:40:21 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15087164 | | Email/Text: mrdiscen@discover.com | Dec 20 2021 23:40:00 | Discover, PO Box 3008, New Albany, OH 43054-3008 |
| 15087165 | | Email/Text: mrdiscen@discover.com | Dec 20 2021 23:40:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 15087163 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 20 2021 23:41:00 | Dept of Ed / NELNET, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15094144 | | Email/Text: mrdiscen@discover.com | Dec 20 2021 23:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15103003 | | Email/Text: EBNBKNOT@ford.com | Dec 20 2021 23:41:00 | Ford Motor Credit Company LLC, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 15101317 | + | Email/Text: EBNBKNOT@ford.com | Dec 20 2021 23:41:00 | Ford Motor Credit, P.O. Box 54200, Omaha, NE 68154-8000 |
| 15087166 | + | Email/Text: EBNBKNOT@ford.com | Dec 20 2021 23:41:00 | Ford Motor Credit, P.O. Box 542000, Omaha, NE 68154-8000 |
| 15087172 | | Email/Text: amieg@stcol.com | Dec 20 2021 23:40:00 | State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 15087171 | + | Email/PDF: clerical@simmassociates.com | Dec 20 2021 23:40:35 | Simm Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15087173 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 20 2021 23:40:35 | Syncb/Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 15124382 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 20 2021 23:40:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15088314 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 20 2021 23:40:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15087175 | + | Email/Text: BankruptcyNotice@upmc.edu | Dec 20 2021 23:41:00 | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15097729 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 20 2021 23:41:00 | US Department of Education c/o Nelnet,, 121 South 13th Street, Suite 201,, Lincoln, NE 68508-1911 |
| 15122868 | | Email/PDF: ebn_ais@aisinfo.com | Dec 20 2021 23:50:54 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company, LLC |
| cr | | HTD Leasing, LLC, d/b/a Ford Motor Credit Company, |
| cr | | Pingora Loan Servicing, LLC |
| 15101305 | * | Advanced Dermatology & Cosmetic Surgery, PO Box 864046, Orlando, FL 32886-4046 |
| 15101306 | *+ | Americredit/GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 15101309 | *+ | CB/Jared, PO Box 182789, Columbus, OH 43218-2789 |
| 15101310 | * | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15101308 | * | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15101307 | * | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15101311 | *+ | Cenlar, PO Box 77404, Ewing, NJ 08628-6404 |
| 15101313 | *+ | Commercial Acceptance Co., 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 15101315 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, PO Box 3008, New Albany, OH 43054-3008 |

| | | |
|---|---|---|
| 15101316 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 15101314 | *+ | Dept of Ed / NELNET, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 15101318 | *+ | Jefferson Cardiology, 1633 Route 51, Suite 103, Clairton, PA 15025-3652 |
| 15101320 | * | MedFinancial, 1 1st Tennessee Bank, Dept. #888183, Knoxville, TN 37995-8183 |
| 15101321 | * | Nissan Infiniti LT, PO Box 660366, Dallas, TX 75266-0366 |
| 15101323 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Service, 2509 S. Stoughton Road, Madison, WI 53716 |
| 15101322 | *+ | Simm Associates, Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 15101324 | *+ | Syncb/Mc, PO Box 965005, Orlando, FL 32896-5005 |
| 15101325 | * | SynchronyMC/SYNCB, PO Box 530939, Atlanta, GA 30353-0939 |
| 15101326 | *+ | UPMC, 2 Hot Metal Street, Dist. Room 386, Pittsburgh, PA 15203-2348 |
| 15101327 | * | US Department of Education, PO Box 740283, Atlanta, GA 30374-0283 |

TOTAL: 3 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2021                       Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Pingora Loan Servicing LLC pabk@logs.com, logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| Garry Alan Masterson | on behalf of Creditor HTD Leasing LLC, d/b/a Ford Motor Credit Company, LLC pitecf@weltman.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Kristen D. Little | on behalf of Creditor Pingora Loan Servicing LLC pabk@logs.com, klittle@logs.com;logsecf@logs.com |
| Maria Miksich | on behalf of Creditor Pingora Loan Servicing LLC mmiksich@kmllawgroup.com |
| Matthew M. Herron | on behalf of Debtor Joshua L. Sutherland mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Attorney The Debt Doctors LLC mmh@thedebtdoctors.com, hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Matthew M. Herron | on behalf of Joint Debtor Sarah M. Sutherland mmh@thedebtdoctors.com hgs@thedebtdoctors.com;alb@thedebtdoctors.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2  User: dpas  Page 4 of 4
Date Rcvd: Dec 20, 2021  Form ID: pdf900  Total Noticed: 44

cmecf@chapter13trusteewdpa.com

TOTAL: 12